IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 13 PM 5:06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                   NO. 05-20181-Ma

VERLES MORRIS,

    Defendant.

ORDER GRANTING MOTION TO CONTINUE TRIAL
ORDER SETTING SENTENCING

Before the court is defendant's December 9, 2005, motion to continue trial date currently set on December 12, 2005. Defendant's motion is denied as moot. Defendant entered a change of plea on December 12, 2005. Sentencing has been set for March 22, 2006, at 1:30 p.m.

It is so ORDERED this 12th day of December, 2005.

*/s/ Samuel H. Mays, Jr.*

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-15-05_

39

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20181 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT